Yana A. Hart, Esq. (SBN: 306499)
yana@westcoastlitigation.com
**HYDE & SWIGART, APC**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number: (619) 233-7770
Office Fax Number: (619) 297-1022

*Attorneys for Plaintiffs*
Nathan Thew and Mary Thew

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN THEW and MARY THEW, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>METLIFE INC.,<br><br>Defendant. | **Case No.: 5:19-cv-00333-MWF(SPx)**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiffs anticipate filing a Request for Dismissal of this action in its entirety with prejudice as to the named Plaintiffs and without prejudice as to the putative class within 60 days. Plaintiffs request that all pending dates and filing requirements be vacated and that the Court set a deadline on or after August 5, 2019 for filing a request for dismissal.

Respectfully submitted,

Date: June 6, 2019                                         **HYDE & SWIGART, APC**

                                                  By:  s/ Yana A. Hart
                                                     Yana A. Hart
                                                     *Attorneys for Plaintiffs*