JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Nathan Thew and Mary Thew, Individually and on behalf of others similarly situated,,

Plaintiffs,

v.

Metlife, Inc.

Defendant.

Case No.: 5:19-cv-00333-MWF(SPx)

**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**

This Court hereby orders this action to be, and is, dismissed with prejudice as to the named plaintiffs and without prejudice as to the Putative Class. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: August 5, 2019

HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE